UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSHUNTI McCRAY,

    Plaintiff,                                 CASE NO. 8:10-cv-02459

v.

FEDERAL BOND & COLLECTION SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROSHUNTI McCRAY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                RESPECTFULLY SUBMITTED,

                                By: /s/ James Pacitti_____
                                    James Pacitti (FBN: 119768)
                                    Krohn & Moss, Ltd
                                    10474 Santa Monica Blvd, Suite 401
                                    Los Angeles, CA 90025
                                    Phone: (323) 988-2400 x 230
                                    Fax: (866) 385-1408
                                    jpacitti@consumerlawcenter.com
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on March 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Mary Grace Dylesky, Attorney for Defendant, by the Court's CM/ECF system.

                                                         /s/ James Pacitti
                                                         James Pacitti
                                                         Attorney for Plaintiff