IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSHUNTI McCRAY,

    Plaintiff,                               Case No. :  8:10-CV-2459-T27 AEP

vs.

FEDERAL BOND & COLLECTION
 SERVICES, INC.,

    Defendant,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties herein, by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

This 27th day of April, 2011.                      This 27th day of April, 2011.

| /s/ James Pacitti | /s/ Ernest H. Kolmyer, III |
|---|---|
| JAMES PACITTI | ERNEST H. KOHLMYER, III |
| Florida Bar No. 119768 | Florida Bar No. 0110108 |
| RYAN LEE | MARY GRACE DYLESKI |
| Florida Bar No. | Florida Bar No: 0143383 |
| Krohn & Moss, Ltd. | South Milhausen, P.A. |
| 10474 Santa Monica Boulevard, Suite 401 | Gateway Center |
| Los Angeles, CA 90025 | 1000 Legion Place, Suite 1200 |
| 323-988-2400 x230 | Orlando, FL 32801 |
| 323-988-2400 x241 | 407-539-1638 |
| 866-802-0021 - fax | 407-539-2679 - fax |
| Attorneys for Plaintiff | Attorneys for Defendant |