UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROSHUNTI MCCRAY,**

    **Plaintiff,**

v.                                     CASE NO: 8:10-cv-2459-JDW-AEP

**FEDERAL BOND & COLLECTION SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 13). The stipulation is approved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this cause has been **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 29th day of April, 2011.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record